United States District Court
Middle Division of Florida
Orlando, FL Branch

Gary Kendall, Pro Se

Case No ____

vs.

Orange County Corrections Department,
Medical Services, Nursing Staff
ET. AL

Motion, Immediate Action
Quality of Care,
Veteran

FILED 2023 JUN 26 PM 3:24 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

Comes Now, Gary Kendall, Pro Se, who served in the Armed Forces of the Gulf War, who now has Parkensons Disease. Gary Kendall is a pre-sentenced inmate at Orange County Jail, in Sub-Acute Medical. I, Gary Kendall, askes your Honor and compells this Honorable Court to move in my favor to read this motion in open court as the medical staff is failing to keep the medications needed in proper stock and running out, leaving myself unable to walk.

This not only violates policy of the Disabled Act but the order of my outside Vetern Doctors. Please notify O.C.C.D. (The Jail) to correct this cruel and unusal punishment.

Oath of Truth.

I declair all statements are true and correct on this 23rd day of May, 2023

[signature]

#23009416
Orange County Corrections
P.O. Box 4970
Orlando, FL
32802