# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GARY KENDALL,

        Plaintiff,

v.                                      Case No: 6:23-cv-1171-WWB-LHP

ORANGE COUNTY CORRECTIONS
DEPARTMENT, et al.,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on initial review of the Complaint (Doc. 1) filed by Plaintiff. Plaintiff is incarcerated at Orange County Jail and proceeding *pro se*, and he filed what appears to be a civil rights complaint. Plaintiff failed to either pay the filing fee or submit a motion for leave to proceed *in forma pauperis*. Additionally, the Complaint is not written on the form required for use by *pro se* litigants. It contains many statements and allegations, however, it is difficult for the Court to discern what claims, if any, Plaintiff is attempting to assert.

As currently written, the Complaint fails to contain much of the information required in a civil rights complaint. For example, the allegations are vague and conclusory, the defendants in this case are not properly identified, and the historical information concerning Plaintiff's prior federal cases has not been provided. In fact, the Court is unable to discern the basis upon which Plaintiff claims entitlement to relief under § 1983.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form for

cases filed by incarcerated individuals pursuant 42 U.S.C. § 1983, and he must submit a copy of the form for each Defendant for service of process. The form requires a plaintiff to include detailed information regarding the defendant(s) a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests.

If Plaintiff desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Plaintiff both the form for a civil rights complaint and the form for a motion for leave to proceed *in forma pauperis*. If Plaintiff chooses to file a new case, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party